**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO F. SILVEYRA,<br><br>       Petitioner,<br> vs.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Respondent. | CASE NO. 08-CV-0018 H (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner Antonio F. Silveyra, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. (Doc. No. 1.) A petition for writ of habeas corpus must be accompanied by either a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. § 2254. The case is therefore dismissed without prejudice. If Petitioner wishes to proceed he must submit a copy of this Order with the $5.00 fee or adequate proof he cannot pay the fee **no later than March 11, 2008.** For Petitioner's convenience a blank request to proceed in forma pauperis form is included with this Order.

IT IS SO ORDERED.

DATED: January 9, 2008

                  _____
                  MARILYN L. HUFF, District Judge
                  UNITED STATES DISTRICT COURT