FILED
2008 FEB -4 PM 4:44
CLERK U.S. D...
SOUTHERN DIST...
BY _____ DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 147220    - SR

February 04, 2008
16:31:14

Habeas Corpus
USAO #.: 08CV0018 HABEAS
Judge..: MARILYN L HUFF
Amount.:            $5.00 CA

Total-> $5.00

FROM: SILVEYRA V. PEOPLE OF THE
      STATE OF CA.
      HABEAS

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
Court of Appeal First Appellate District
JAN 23 2008
Diana Herbert, Clerk
By_____ Deputy Clerk

| In re ANTONIO SILVEYRA on Habeas Corpus. | A120408<br><br>(Marin County<br>Super. Ct. No. SC 156870A) |
|---|---|

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: ____JAN 23 2008____         ____KLINE, P.J.____ P.J.

1

A120408

Antonio F. Silveyra
CDC:F08955
ICE Detention Center
1115 N. Imperial Avenue
El Centro, CA 92243

## NOTICE

*Please include both the appellate case number and the division number on any written communication or filing submitted to this court.*

Our website address is
http://appellatecases.courtinfo.ca.gov

pet

adda

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO F. SILVEYRA,<br><br>　　　　　　　　　Petitioner,<br>vs.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　　　Respondent. | CASE NO. 08-CV-0018 H (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　　Petitioner Antonio F. Silveyra, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. (Doc. No. 1.) A petition for writ of habeas corpus must be accompanied by either a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. § 2254. The case is therefore dismissed without prejudice. If Petitioner wishes to proceed he must submit a copy of this Order with the $5.00 fee or adequate proof he cannot pay the fee **no later than March 11, 2008.** For Petitioner's convenience a blank request to proceed in forma pauperis form is included with this Order.

IT IS SO ORDERED.

DATED: January 9, 2008

　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

- 1 -

08cv18

ANTONIO F. SILVEYRA-GARCIA
A#18499789

**January 29, 2008**                                    ICE Detention Center
                                                        1115 N. Imperial Avenue
                                                        EL CENTRO, CA 92243

U.S. District Court – Southern District
Honorable Judge Marilyn L. Huff
Office of the Clerk
880 Front Street
San Diego, CA 92107

    Re: *Case No. 08-CV-0018 H (NLS)*

Dear Honorable Judge Huff:

    Enclosed please find a copy of this Order with the $5.00 fee due no later than March 11, 2008. Also included is the Order of the Court of Appeal First Appellate District to be added to the record. The petition was denied without an explanation.

    I come from a poor family that consists of mother who is living on a pension and who suffering from a brain tumor and Alzheimer's. My only sibling is on disability, suffering from NASH, a rare non-alcoholic terminal form of cirrhosis of the liver. She recently had her thyroid gland and gallbladder removed because of complications due to her victimization in senseless shooting several years ago.

    I have 3 minor children under the age of thirteen. All are girls who need their father. They are all currently relying on my mother and sister for support in my absence. This situation will soon change as my loved ones are very sick and cannot continue to contribute to the well being of my U.S. born children.

    I have been accepted to San Francisco State University and to Teen Challenge Discipleship Program. I have a place to live and the support of my community. My family needs me and will suffer irreparable harm if I am removed as a result of a plea of guilty, made in ignorance of these nasty immigration consequences. Please help if it is in your power to do so.

Respectfully,

*(signature)*

Antonio F. Silveyra-Garcia