**NUNC PRO TUNC**
FEB 11 2008
FILED

## DECLARATION OF COUNSEL

I, MICHAEL A. COFFINO, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a Deputy Public Defender with the Marin County Public Defender's Office in San Rafael, California.

2. In 2005 and 2006 I represented ANTONIO FABIAN SILVEYRA in two criminal cases filed in the Superior Court of the State of California in and for the County of Marin: People of the State of California vs. Antonio Fabian Silveyra, case numbers SC143914A and SC144099A. I make this declaration upon Mr. Silveyra's request and with his consent that I disclose the substance of our attorney-client communications in connection with the above cases.

3. In SC143914A, Mr. Silveyra was charged with burglary of a vehicle, being in possession of a stolen vehicle, and other related offenses taking place on or about September 29, 2005. In SC144099A he was charged with being in possession of stolen property and with having committed the offense after having been released from custody on his own recognizance, the offense taking place on or about October 12, 2005.

4. On November 22, 2005, pursuant to a negotiated disposition with the District Attorney, Mr. Silveyra pleaded guilty in case number SC139914A to a felony violation of California Penal Code, Section 496d(a), being in possession of a stolen vehicle. In exchange for his plea of guilty the District Attorney dismissed the remaining felony charges in SC143914A and dismissed all of the charges in SC144099A.

5. At the time of the taking of the plea I was unaware of the fact that Mr. Silveyra was not a United States citizen and I was unaware of the immigration consequences that would ensue as a result of his plea. On December 16, 2005 Mr. Silveyra was sentenced to three years in prison. I am informed that he is now facing deportation proceedings resulting from his plea of guilty.

1

6. One of my job responsibilities is to keep a written record in the form of attorney notes of all communications I have with a client. These notes are maintained in the file and are preserved in our case files after a case is resolved. I have reviewed all of the attorney notes in connection with both cases in which I represented Mr. Silveyra. There is no indication that I advised him of the potential immigration consequences of his plea of guilty.

7. I have good recollection of the details of this case and of my communications with Mr. Silveyra. I do not recall that I at any time advised him of the potential immigration consequences of his plea of guilty before he entered that plea. In general, I would not discuss the immigration consequences of a plea with a client who, like Mr. Silveyra, gave every appearance of being a fully franchised American citizen. Mr. Silveyra speaks perfect English with an American accent, and I was aware at the time of the plea that he was married to an American, had children of his own born in the United States, had worked as a paralegal at a reputable law firm in San Francisco, and was college educated in the United States.

8. To the best of my knowledge, concern about the immigration consequences of Mr. Silveyra's plea of guilty did not factor into our decision to resolve his cases in the manner in which they were resolved, or enter into our attorney-client discussions in any way. In short, I was not aware of the immigration consequences that would ensue upon his conviction, and I did not advise him about those consequences at any time prior to his plea of guilty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of January, 2008, at Berkeley, California.

*[signature]*
MICHAEL A. COFFINO

2

## PROOF, OF SERVICE BY MAIL
## BY PERSON IN U.S. INS CUSTODY
(Fed. R. Civ. P. 5; U.S.C § 1746)

I, Antonio F. SILVEYRA-Garcia declare:

I am over 18 years of age and a party to this action. I am a resident of D.H.S & B.I.C.E. FACILITY in the County of IMPERIAL, STATE OF CALIFORNIA.

My address is: 1115 N. IMPERIAL AVENUE EL CENTRO, CALIFORNIA 92243.

ON January 31, 2008 I served the attached,

**Declaration of Counsel**

On the parties herein by U.S. Mail delivering a true and correct copies thereof, at the address set for Service:

> U.S. District Court – Southern District
> County of San Diego
> Clerk of the Court
> Honorable Judge Marilyn HL. Huff
> 880 Front Street
> San Diego, CA 92107

I declare under penalty of perjury under the laws of the United States of America that the Forgoing is true and correct.

Executed on January 31, 2008.

**Respectfully Submitted**

Antonio F. SILVEYRA
A# 18-499-789
DHS / ICE / SPC.
1115 N. Imperial Avenue
El Centro, CA 92243
IN PRO SE

$5.00 Fee Mailed 1/29/08 ok

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ANTONIO F. SILVEYRA, | CASE NO. 08-CV-0018 H (NLS) |
|---|---|
| Petitioner, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner Antonio F. Silveyra, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. (Doc. No. 1.) A petition for writ of habeas corpus must be accompanied by either a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. § 2254. The case is therefore dismissed without prejudice. If Petitioner wishes to proceed he must submit a copy of this Order with the $5.00 fee or adequate proof he cannot pay the fee **no later than March 11, 2008**. For Petitioner's convenience a blank request to proceed in forma pauperis form is included with this Order.

IT IS SO ORDERED.

DATED: January 9, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

08cv18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO F. SILVEYRA,<br><br>                   Petitioner,<br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                   Respondent. | CASE NO. 08-CV-0018 H (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner Antonio F. Silveyra, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. (Doc. No. 1.) A petition for writ of habeas corpus must be accompanied by either a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. § 2254. The case is therefore dismissed without prejudice. If Petitioner wishes to proceed he must submit a copy of this Order with the $5.00 fee or adequate proof he cannot pay the fee **no later than March 11, 2008.** For Petitioner's convenience a blank request to proceed in forma pauperis form is included with this Order.

IT IS SO ORDERED.

DATED: January 9, 2008

                                      MARILYN L. HUFF, District Judge
                                      UNITED STATES DISTRICT COURT