UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO F. SILVEYRA, | ) | Case No. 08cv0018 H (NLS) |
| | ) | A18 499 789 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | BY MAIL |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, | ) | |
| | ) | |
| Real Party In Interest. | ) | |

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **March 14, 2008,** I am causing service of the following (accompanying) document

**RETURN TO PETITION FOR WRIT OF HABEAS CORPUS
BY THE SECRETARY OF HOMELAND SECURITY**

on Petitioner by having a copy of the foregoing mailed to Petitioner on this day at his address of record:

**ANTONIO F. SILVEYRA
A18 499 789
DHS Detention Facility
1115 North Imperial Avenue
El Centro, CA 92243**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Fourteenth Day of March 2008.**

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY