In Pro Se.  
Antonio F. Silveyra-Garcia  
A# 018-499-789  
DHS/ICE/SPC.  
1115 N. Imperial Ave.,  
El Centro, CA 92243

Detained  
April 16, 2008

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| IN MATTER OF<br><br>ANTONIO F. SILVEYRA-GARCIA<br><br>ALIEN NO. A018499789<br><br>Petitioner | **Civil Matter: [08-CV-0018 H (NLS)]**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

The Petitioner, [Antonio F. SILVEYRA-GARCIA], In Pro-Se, am submitting a formal Notice of Change of Address. Former address was c/o ICE Detention Center 1115 North Imperial Avenue, El Centro, California 92243.

New Address is: c/o California Corporations of America P.O. Box 439049 San Diego, California 92143

For purposes of this Notice of Change of Address, the Petitioner hereby makes the following statement:

(1) The Petitioner hereby requests as of April 17, 2008 any and all correspondence pertaining to the matter before the court regarding case number 08-CV-0018 (NLS) is forwarded to the aforementioned address.

RESPECTFULLY SUBMITTED

*/s/ Antonio F. Silveyra-Garcia*  
Antonio F. Silveyra-Garcia  
A# 018-499-789  
In Pro Se

1

**PROOF, OF SERVICE BY MAIL**
**BY PERSON IN U.S. INS CUSTODY**
(Fed. R. Civ. P. 5; U.S.C § 1746)

I, Antonio F. SILVEYRA-García declare:

I am over 18 years of age and a party to this action. I am a resident of D.H.S & B.I.C.E. FACILITY in the County of IMPERIAL, STATE OF CALIFORNIA.

My address is: 1115 N. IMPERIAL AVENUE EL CENTRO, CALIFORNIA 92243.

ON April 16, 2008, I served the attached,

**Notice of Change of Address**

On the parties herein by U.S. Mail delivering a true and correct copies thereof, at the

address set for Service:

    U.S. District Court – Southern District
    County of San Diego
    Clerk of the Court
    Honorable Judge Marilyn L. Huff
    880 Front Street
    San Diego, CA 92107

I declare under penalty of perjury under the laws of the United States of America that the Forgoing is true and correct.

Executed on April 16, 2008.

**Respectfully Submitted**

Antonio F. SILVEYRA
A# 18-499-789
DHS / ICE / SPC.
1115 N. Imperial Avenue
El Centro, CA 92243
IN PRO SE

ANTONIO F. SILVEYRA-GARCIA
A#18499789

**April 16, 2008**

ICE Detention Center
1115 N. Imperial Avenue
EL CENTRO, CA 92243

U.S. District Court – Southern District
Honorable Judge Marilyn L. Huff
Office of the Clerk
880 Front Street
San Diego, CA 92107

    Re: <u>Case No. 08-CV-0018 H(NLS)</u>

Dear Honorable Judge Huff:

    Enclosed please find an original of a Notice to Change Address. Thank you for your consideration in this matter.

Respectfully,

*[signature]*

Antonio F. Silveyra-Garcia

encl: